Stephen Andrews (State Bar No. 205961)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
sandrews@wc.com

*Attorney for Defendant Jazz Pharmaceuticals plc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND,<br><br>Plaintiff,<br>v.<br><br>JAZZ PHARMACEUTICALS PLC, ROXANE LABORATORIES, INC., HIKMA LABS INC., HIKMA PHARMACEUTICALS PLC, WEST-WARD PHARMACEUTICALS CORP., HIKMA PHARMACEUTICALS USA INC.,<br><br>Defendants. | Case No. 3:20-cv-04064-LB<br><br>**STIPULATION REGARDING DEFENDANT JAZZ PHARMACEUTICALS PLC'S DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiff City of Providence, Rhode Island ("City of Providence"), and defendant Jazz Pharmaceuticals plc ("Jazz plc"), stipulate as follows:

WHEREAS, the Complaint in the above-captioned matter was filed on June 18, 2020 (ECF No. 1),

WHEREAS City of Providence purported to serve Jazz plc with the Complaint on June 24, 2020, but served an agent for Jazz Pharmaceuticals, Inc., and had service rejected by the agent;

WHEREAS if City of Providence properly served Jazz plc with the Complaint on June 24, 2020, Jazz plc's deadline to answer or otherwise respond to the Complaint would be July 15, 2020;

WHEREAS, Jazz plc has only recently retained undersigned counsel, and counsel for Jazz plc requires time to consider the allegations raised in the Complaint and potentially to meet and confer with counsel for City of Providence regarding various issues;

WHEREAS related cases asserting claims and allegations similar to those asserted here have been filed in this Court and at least one other federal District Court, and extending Jazz plc's time to respond would facilitate the coordination and early scheduling of this matter with the related cases;

WHEREAS City of Providence agrees that Jazz plc may have a forty-five (45) day extension through and including August 31, 2020, within which to answer or otherwise respond to the Complaint;

WHEREAS, by agreeing to this extension, Jazz plc is not waiving any defense, including any defenses relating to jurisdiction, service, or venue, in this or any other case;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, this Stipulation shall be without prejudice to any Defendant's right to seek, and City of Providence's right to oppose, an additional extension of time to respond to the Complaint.

NOW THEREFORE, pursuant to Local Rule 6-1(a), City of Providence and Jazz plc through their respective counsel hereby stipulate that the deadline for Jazz plc to answer or otherwise respond to the Complaint is extended to August 31, 2020.

**IT IS SO STIPULATED.**

Dated: July 15, 2020                                    Respectfully submitted,


                                                        By: */s/ Stephen Andrews*
                                                        Stephen Andrews (State Bar No. 205961)
                                                        **WILLIAMS & CONNOLLY LLP**
                                                        725 12th Street, N.W.
                                                        Washington, D.C. 20005
                                                        Tel: (202) 434-5000
                                                        Fax: (202) 434-5029
                                                        sandrews@wc.com

                                                        *Attorneys for Defendant Jazz Pharmaceuticals plc*


Dated:   July 15, 2020


                                                        By: */s/ Jeff S. Westerman*
                                                        Jeff S. Westerman (SBN 94559)
                                                        **WESTERMAN LAW CORP.**
                                                        16133 Ventura Blvd., Suite 685
                                                        Encino, CA 91436
                                                        Tel: (310) 698-7450
                                                        jwesterman@jswlegal.com

                                                        Michael M. Buchman
                                                        Michelle C. Clerkin
                                                        **MOTLEY RICE LLC**
                                                        777 Third Avenue, 27th Floor
                                                        New York, NY 10017
                                                        (212) 577-0050
                                                        mbuchman@motleyrice.com
                                                        mclerkin@motleyrice.com

---

2
STIPULATION REGARDING DEFENDANT JAZZ PHARMACEUTICALS PLC'S DEADLINE
TO RESPOND TO THE COMPLAINT
CASE NO. 3:20-CV-04064-LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff The City of Providence, Rhode Island, and the Proposed Class*

**ATTESTATION**

I, Stephen Andrews, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Stephen Andrews*
Stephen Andrews

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, the within documents were filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

>                     */s/ Stephen Andrews*
>
>                     Stephen Andrews